UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

JUL 1 2 2007

U. S. DISTRICT COURT
E. DISTRICT OF MO.

IN RE: GRAND JURY REPORT )
)

**4: 0 7CR00405HEA**

ORDER

It appearing to the Court that the following defendant, to wit,

ROBERT DOUGLAS HARTMANN,
a/k/a "Doug Hartmann",

has been indicted by the Grand Jury, and that he has not yet been taken into custody, nor has he yet given bail for his final appearance to answer said indictment, it is by the Court ordered that said indictment shall be sealed and suppressed by the Clerk of the Court until said defendant is in custody or has given bail for his final appearance.

_____
UNITED STATES DISTRICT JUDGE

Dated this 12 day of July, 2007.