UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

JUL 12 2007

U. S. DISTRICT COURT
E. DISTRICT OF MO.

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) No. | 4:07CR00405 HEA |
| ROBERT DOUGLAS HARTMANN, a/k/a "Doug Hartmann," | ) | |
| Defendant. | ) | |

## GOVERNMENT'S ENTRY OF APPEARANCE

COME NOW Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Howard J. Marcus, Assistant United States Attorney, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

_____
HOWARD J. MARCUS #16980
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200