RECEIVED
JUL 1 3 2007
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

U.S. Department of Justice

United States Attorney
Eastern District of Missouri

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 20.333 314-539-2200
St. Louis, Missouri 63102    FAX / 314-539-2309

July 13, 2007

Mr. Jim Woodward, Clerk
United States District Court
111 South 10th Street
St. Louis, Missouri 63102

   Re: U.S. v. Robert D. Hartmann
    No. 4:07CR405HEA

Dear Mr. Woodward:

  The above indictment returned by the United States Grand Jury in the above-captioned case on July 12, 2007, was ordered suppressed pending the apprehension of the defendant named herein.

  We are now informed that defendant Hartmann has been taken into custody by the United States Marshal, and therefore, the suppression of the indictment may be lifted. It is, therefore, directed that such be done.

         Very truly yours,

         CATHERINE L. HANAWAY
         United States Attorney

         HOWARD M. MARCUS
         Assistant United States Attorney