Rev. 7/10/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date __7/16/07__  Judge __Adelman__  Case No. __4:07CR405__

UNITED STATES OF AMERICA v. __Robert Hartmann__

Court Reporter _____  Deputy Clerk __K. Spurgeon__

Assistant United States Attorney(s) __Howard Marcus__

Attorney(s) for Defendant(s) __Burt Shostak, Grant Shostak__

Interpreter _____  ☐ SEALED PROCEEDING

Proceedings:

☐ Initial Appearance ☐ Detention Hearing ☐ Revocation
☐ Arraignment ☒ Bond Review ☐ Probation
☐ Preliminary Examination ☐ Bond Execution/Appearance Bond ☐ Supervised Release
☐ Motion Hearing ☐ Material Witness ☐ Competency
   ☐ Evidentiary Hearing ☐ Change of Plea/Sentencing ☐ Pretrial/Status Conference
   ☐ Oral Argument/Non Evidentiary Hearing ☐ Rule 5(c)(3)Removal (Identity)

Parties present for hearing on __bond review; order to issue setting forth conditions of bond; matter taken under submission__

☐ Oral Motion for appointment of counsel (GRANTED)  ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____  ☐ Secured Appearance Bond  ☐ Secured by 10%

   ☐ Secured by cash only  ☐ Secured by property  ☐ Unsecured bond  ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ @ _____

☐ Preliminary examination set for _____ @ _____

☐ Defendant arraigned  ☐ Waives reading of indictment/information  ☐ Matter taken under advisement

☐ Plea entered _____  Order on pretrial motions: ☐ issued  ☐ to issue

   ☐ Oral Motion for Suppression  ☐ Oral Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives _____  ☐ order to issue  ☐ oral ruling

☐ Defendant waives evidentiary hearing  ☐ By leave of court withdraws all pretrial motions

Trial date/time _____ Before _____

   ☒ Remanded to custody  ☐ Released on bond

Next hearing date/time _____ Type of hearing _____ Before _____

Proceeding commenced __2:08 pm__  Proceeding concluded __2:13 pm__  Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.