Rev. 7/10/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet - Criminal Case

Date __July 17, 2007__   Judge __David D. Noce__   Case No. __4:07CR405 HEA/DDN__

UNITED STATES OF AMERICA v. __Robert Hartmann__

Court Reporter _____   Deputy Clerk __Katie Stamm__

Assistant United States Attorney(s) __Howard Marcus__

Attorney(s) for Defendant(s) __Burt Shostak__

Interpreter _____   ☐ SEALED PROCEEDING

### Proceedings:

☐ Initial Appearance  ☐ Detention Hearing  ☐ Revocation
☒ Arraignment  ☐ Bond Review  ☐ Probation
☐ Preliminary Examination  ☐ Bond Execution/Appearance Bond  ☐ Supervised Release
☐ Motion Hearing  ☐ Material Witness  ☐ Competency
   ☐ Evidentiary Hearing  ☐ Change of Plea/Sentencing  ☐ Pretrial/Status Conf.
   ☐ Oral Argument/Non Evidentiary Hearing  ☐ Rule 5(c)(3)Removal (Identity)

Parties present for hearing on _____
__pt mtn 8/9__

☐ Oral Motion for appointment of counsel (GRANTED)  ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____  ☐ Secured Appearance Bond  ☐ Secured by 10%

☐ Secured by cash only  ☐ Secured by property  ☐ Unsecured bond  ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ @ _____

☐ Preliminary examination set for _____ @ _____

☒ Defendant arraigned  ☒ Waives reading of indictment/information  ☐ Matter taken under advisement
☒ Plea entered __not guilty__   Order on pretrial motions: ☐ issued  ☐ to issue
☒ Oral Motion for Suppression   ☒ Oral Motion for __determination__ ~~Extension of Time to File Pretrial Motions~~

☐ Defendant waives _____   ☐ order to issue  ☐ oral ruling

☐ Defendant waives evidentiary hearing  ☐ By leave of court withdraws all pretrial motions

Trial date/time _____   Before _____

☒ Remanded to custody  ☐ Released on bond

Next hearing date/time __8/21 @ 9AM__  Type of hearing __Evid__  Before __DDN__

Proceeding commenced __9:02__  Proceeding concluded __9:07__  Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.