# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:07CR00405 HEA (DDN) ) ) |
| ROBERT D. HARTMANN, | ) ) |
| Defendants. | ) |

## GOVERNMENT'S DISCLOSURE OF
## ARGUABLY SUPPRESSIBLE EVIDENCE

COMES NOW the United States of America, by and through its attorneys, Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Howard J. Marcus, Assistant United States Attorney for said District, and pursuant to the July 17, 2007, order of the court, makes this disclosure of the following arguably suppressible evidence:

1. On July 13, 2007, the defendant was arrested by federal agents. He was given his Miranda rights and he signed a waiver form. The defendant was not interviewed by agents. However, the defendant made a series of spontaneous comments to the agents during his transportation.

2. On June 19, 2006, the defendant and his attorney, Bernard Edelman met with federal agents. This meeting was scheduled at the request of the defendant so that he could explain some of his actions. During this meeting the defendant was given an opportunity to review some of the government's evidence and the defendant made a series of statements.

3. On March 21, 2005, the defendant was interviewed by federal agents, in the course of an investigation of another subject. At that time, the defendant was not in custody nor was he

the focus of the investigation. This interview took place in the defendant's office.

        Respectfully submitted,

        CATHERINE L. HANAWAY
        United States Attorney


        s/Howard J. Marcus
        HOWARD J. MARCUS   #16980
        Assistant United States Attorney
        111 S. 10th Street, Room 20.333
        St. Louis, Missouri 63102
        314-539-2200


## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007, the foregoing was filed electronically with the Clerk of the court to be served by operation of the court's electronic filing system upon the following:

        BURTON H. SHOSTAK
        Moline and Shostak
        8015 Forsyth Boulevard
        Clayton, Missouri 63105

        GRANT J. SHOSTAK
        Moline and Shostak
        8015 Forsyth Boulevard
        St. Louis, Missouri 63105

        s/ Howard J. Marcus
        HOWARD J. MARCUS   #16980