Rev. 7/10/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date __7/17/07__ Judge __Adelman__ Case No. __4:07CR405__

UNITED STATES OF AMERICA v. __Robert Hartmann__

Court Reporter _____ Deputy Clerk __K. Spurgeon__

Assistant United States Attorney(s) __N/A__

Attorney(s) for Defendant(s) __N/A__

Interpreter _____ ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance ☐ Detention Hearing ☐ Revocation
☐ Arraignment ☐ Bond Review ☐ Probation
☐ Preliminary Examination ☒ Bond Execution/Appearance Bond ☐ Supervised Release
☐ Motion Hearing ☐ Material Witness ☐ Competency
  ☐ Evidentiary Hearing ☐ Change of Plea/Sentencing ☐ Pretrial/Status Conference
  ☐ Oral Argument/Non Evidentiary Hearing ☐ Rule 5(c)(3)Removal (Identity)

Parties present for ~~hearing on~~ __bond execution; bond papers executed__

☐ Oral Motion for appointment of counsel (GRANTED) ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____ ☐ Secured Appearance Bond ☐ Secured by 10%

☐ Secured by cash only ☐ Secured by property ☐ Unsecured bond ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ @ _____

☐ Preliminary examination set for _____ @ _____

☐ Defendant arraigned ☐ Waives reading of indictment/information ☐ Matter taken under advisement

☐ Plea entered _____ Order on pretrial motions: ☐ issued ☐ to issue

  ☐ Oral Motion for Suppression ☐ Oral Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives _____ ☐ order to issue ☐ oral ruling

☐ Defendant waives evidentiary hearing ☐ By leave of court withdraws all pretrial motions

Trial date/time _____ Before _____

  ☐ Remanded to custody ☒ Released on bond

Next hearing date/time __8/21/07__ Type of hearing __Evid. Hrg.__ Before __DDN__

Proceeding commenced __2:23 pm__ Proceeding concluded __2:30 pm__ Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.