# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 4:07CR00405-HEA (DDN) |
| ) | |
| ROBERT DOUGLAS HARTMAN, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S REQUEST FOR DISCLOSURE OF EXPERT TESTIMONY

COMES NOW Defendant Robert Douglas Hartman, by his undersigned counsel, Burton H. Shostak, and for his Request for Disclosure of Expert Testimony states as follows:

Defendant, pursuant to Rule 16(a)(1)(G) requests the government disclose a written summary of any testimony that it intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case in chief at trial along with the witnesses' opinions, the bases and reasons for those opinions, and the witnesses' qualifications.

The requested information is necessary in order that this Defendant may determine whether or not he wants to file a motion pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and *Kumho Tire Company v. Carmichael*, 526 U.S. 137 (1999).

Respectfully submitted,

/s/Burton H. Shostak
Burton H. Shostak, MB#17443
Shostak & Shostak, LLC
8015 Forsyth Boulevard
St. Louis, MO 63105
Telephone: (314) 725-3200
Facsimile: (314) 725-3275

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2007, a true and correct copy of the foregoing was electronically filed with Clerk of the Court to be served by operation of the Court's CM/ECF electronic filing system upon the following:

**Howard J. Marcus**
howard.marcus@usdoj.gov julie.hurst@usdoj.gov; gretchen.hemm@usdoj.gov; and usamoe.crimdock@usdoj.gov

                                                /s/Burton H. Shostak