UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07 CR 405 HEA |
| ) | DDN |
| ROBERT DOUGLAS HARTMANN, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING CONTINUANCE OF PRETRIAL PROCEEDINGS
BASED UPON
<u>FINDINGS UNDER SPEEDY TRIAL ACT</u>**

This action is before the court upon the unopposed motion of defendant Robert Douglas Hartmann for additional time until October 5, 2007, to file additional pretrial motions and to continue the evidentiary hearing (Doc. 28). The United States does not oppose the motion. Defendant has advised that there remains a substantial amount of material to be obtained from the United States Attorney and reviewed, before further appropriate pretrial motions might be filed.

From this record, the court finds that this is a complex case, both factually and legally. Defense counsel will need a substantial amount of time, in addition to that provided by the Speedy Trial Act deadlines, to reasonably investigate the case, to prepare for the filing of pretrial motions, and to prepare for the pretrial evidentiary hearing. For these reasons, the ends of justice served by granting the motion for an extension of time to file pretrial motions and for a continuance of the pretrial evidentiary motion hearing outweigh the best interests of the public and of the defendant in a speedy trial. <u>See</u> 18 U.S.C. § 3161(h)(1), (h)(8)(A), (h)(B)(ii).

Whereupon,

**IT IS HEREBY ORDERED** that the motion of defendant for additional time and for a continuance of the evidentiary hearing (Doc. 28) is sustained. The parties may have until October 5, 2007, to file pretrial motions.

**IT IS FURTHER ORDERED** that the pretrial evidentiary hearing in this action is reset to October 16, 2007, at 9:00 a.m.

                                              /S/   David D. Noce
                                    UNITED STATES MAGISTRATE JUDGE

Signed on August 17, 2007.