UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 4:07 CR 405 HEA (DDN) |
| | ) | |
| ROBERT DOUGLAS HARTMANN, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S MOTION TO SET
## A STATUS CONFERENCE ON THE DEFENDANT'S BOND

Comes now the United States of America, by and through its attorneys, Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Howard J. Marcus, an Assistant United States Attorney for said District, and respectfully requests that this court set a status conference to address issues relating to the modification or revocation of the defendant's bond.

The government bases this request upon information received from a victim in this matter who had been in regular contact with the defendant concerning real estate investments.

WHEREFORE, the government would respectfully request that this matter be set for a status conference in which issues relating to the defendant's bond may be considered.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

/s/ Howard J. Marcus
HOWARD J. MARCUS    #16980
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

        MR. BURTON H. SHOSTAK
        Moline and Mehan, LLC
        8015 Forsyth Boulevard
        St. Louis, Missouri 63105

and e mailed to: Tiffany Corley
                 U.S. Pretrial Services

/s/ Howard J. Marcus
HOWARD J. MARCUS   #16980
Assistant United States Attorney