Rev. 9/13/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
UNITED STATES MAGISTRATE JUDGE TERRY I. ADELMAN
Courtroom Minute Sheet – Criminal Case

Date **10/11/07** Judge **TIA** Case No. **4:07CR405 HEA**

UNITED STATES OF AMERICA v. **Robert Douglas Hartmann**

Court Reporter **FTR GOLD** Deputy Clerk **K. Spurgeon**

Assistant United States Attorney(s) **Howard Marcus**

Attorney(s) for Defendant(s) **Burton Shostak**

Interpreter _____  ☐ SEALED PROCEEDING

### Proceedings:

| | | |
|---|---|---|
| [ ] Initial Appearance | ☐ Detention Hearing | ☐ Revocation |
| [ ] Arraignment | ☒ Bond Review | ☐ Probation |
| [ ] Preliminary Examination | ☐ Bond Execution/Appearance Bond | ☐ Supervised Release |
| [ ] Motion Hearing | ☐ In Court Hrg (WAIVER OF MOTIONS) | ☐ Competency |
|   [ ] Evidentiary Hearing | ☐ Change of Plea/Sentencing | ☐ Pretrial/Status Conference |
|   [ ] Oral Argument/Non Evidentiary Hearing | ☐ Rule 5(c)(3)Removal (Identity) | ☐ Material Witness |

Parties present for hearing on **possible modifications to bond conditions; arguments heard; the Court directs the Pretrial Services office to modify A's supervision as stated on the record**

[ ] Oral Motion for appointment of counsel (GRANTED)  ☐ Defendant is advised of rights/indicates understanding of those rights.

[ ] Bail/Bond set in the amount of: $_____  ☐ Secured Appearance Bond  ☐ Secured by 10%

  ☐ Secured by cash **only**  ☐ Secured by property  ☐ Unsecured bond  [ ] O/R bond

[ ] Government filed motion for pretrial detention. Detention hearing scheduled for _____ @ _____

[ ] Preliminary examination set for _____ @ _____

[ ] Defendant arraigned  ☐ Waives reading of indictment/information  ☐ Matter taken under advisement

[ ] Plea entered _____  Order on pretrial motions: ☐ issued  ☐ to issue

  ☐ Oral Motion for Suppression  ☐ Oral Motion for Extension of Time to File Pretrial Motions

[ ] Defendant waives _____  ☐ order to issue  ☐ oral ruling

[ ] Defendant waives evidentiary hearing  ☐ By leave of court withdraws all pretrial motions

Trial date/time _____  Before _____

  ☐ Remanded to custody  ☒ Released on bond

Next hearing date/time _____  Type of hearing _____  Before _____

Proceeding commenced **1:02 pm**  Proceeding concluded **1:16 pm**  Continued to _____

[ ] Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.