UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07CR405 HEA |
| ) | |
| ROBERT DOUGLAS HARTMANN, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

The Defendant, Robert Douglas Hartmann, made his initial appearance before the undersigned on July 13, 2007. On July 16, 2007, the undersigned held a hearing on the Defendant's oral motion to reduce bond, and the undersigned set a secured bond in the amount of $25,000 in cash. On July 17, 2007, after posting the $25,000 with the Clerk of the Court, the Defendant executed the necessary bond papers and was released on bond. As a condition of release, the Defendant was ordered to comply with a special condition of third-party risk in addition to the standard conditions of release imposed. Subsequently, on October 3, 2007, the Government filed a motion requesting a hearing regarding Defendant's compliance with the conditions of release specifically the condition of third-party risk. Thereafter, on October 11, 2007, the undersigned held a status hearing in which the Defendant, Defendant's counsel, and counsel for the Government appeared. After hearing from the parties, as well as the Pretrial Services Officer, the undersigned finds that the Defendant shall remain on his present bond with a modification as directed below. Therefore, the Government's motion should be granted as to setting a status hearing in this matter, and denied as to revocation of the Defendant's bond.

Accordingly,

**IT IS HEREBY ORDERED** that the Government's Motion to Set a Status Conference on the Defendant's Bond [Doc. #30–dated 10/3/07] be **granted in part and denied in part**.

**IT IS FURTHER ORDERED** that, to ensure third-party risk notification, the Government shall provide to the Pretrial Services Officer a list of witnesses/potential witnesses in this case. The Pretrial Services Officer will compare the names of any business contacts of the Defendant against the list provided by the Government, and if the names of any of the Defendant's business contacts' names appear on the Government's list, the Pretrial Services Officer will report the name or names to the Assistant United States Attorney.

**IT IS FURTHER ORDERED** that all other conditions of release remain in force as ordered on September 17, 2007.

/s/ Terry I. Adelman
UNITED STATES MAGISTRATE JUDGE

Dated this 11th day of October, 2007.