# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 4:07CR00405-HEA (DDN) |
| ) | |
| **ROBERT DOUGLAS HARTMAN**, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADDITIONAL TIME TO FILE PRE-TRIAL MOTIONS

COMES NOW Defendant Robert Douglas Hartman and for his Motion for Additional Time to File Pre-Trial Motions states as follows:

1. Pre-trial motions are to be filed by December 5, 2007.

2. Discovery materials in this case are extremely voluminous and defendant has been reviewing those materials. Defendant has scheduled time later this week to further review documents at the United States Attorney's office and is in the process of scheduling time to review additional discovery materials held by the U.S. Department of Housing and Urban Development.

3. As such, Defendant request an additional forty-five (45) days, up to and including January 18, 2008 in which to file pre-trial motions.

WHEREFORE, Defendant prays this Court grant his Motion for Additional Time to File Pre-Trial Motions.

Respectfully submitted,

/s/Burton H. Shostak
Burton H. Shostak, MB#17443
Shostak & Shostak, LLC
8015 Forsyth Boulevard
St. Louis, MO 63105
Telephone: (314) 725-3200
Facsimile: (314) 725-3275

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December, 2007, a true and correct copy of the foregoing was electronically filed with Clerk of the Court to be served by operation of the Court's CM/ECF electronic filing system upon the following:

**Howard J. Marcus**
howard.marcus@usdoj.gov julie.hurst@usdoj.gov; gretchen.hemm@usdoj.gov; and usamoe.crimdock@usdoj.gov

/s/Burton H. Shostak