UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 4:07 CR 405 HEA (DDN) |
| | ) | |
| ROBERT DOUGLAS HARTMANN, | ) | |
| | ) | |
| Defendant. | ) | |

# GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR ADDITIONAL TIME IN WHICH TO FILE MOTIONS

Comes now the United States of America, by and through its attorneys, Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Howard J. Marcus, an Assistant United States Attorney for said District, and states, as follows:

The government does not oppose the defendant's request for additional time in which to file motions.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

*/s/ Howard J. Marcus*
HOWARD J. MARCUS    #16980
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

        Burton H. Shostak
        Grant Shostak
        Shostak, Moline and Mehan, LLC
        8015 Forsyth Boulevard
        St. Louis, Missouri 63105

        */s/ Howard J. Marcus*
        HOWARD J. MARCUS   #16980
        Assistant United States Attorney