Rev.11/5/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date  12-10-07   Judge  DDN   Case No. 4:07 Cr 405 HEA/DDN

UNITED STATES OF AMERICA v. Robert D. Hartmann - present

Court Reporter  FTR   Deputy Clerk  C. Liddy

Assistant United States Attorney(s)  Howard Marcus

Attorney(s) for Defendant(s)  Burton Shostak

Interpreter _____   ☐ SEALED PROCEEDING

**Proceedings:**

| | | |
|---|---|---|
| [ ] Initial Appearance | ☐ Detention Hearing | ☐ Preliminary Revocation |
| [ ] Arraignment | ☐ Bond Review | ☐ Probation |
| [ ] Preliminary Examination | ☐ Bond Execution/Appearance Bond | ☐ Supervised Release |
| [X] Motion Hearing | ☐ In Court Hrg (WAIVER OF MOTIONS) | ☐ Competency |
| ☐ Evidentiary Hearing | ☐ Change of Plea/Sentencing | ☐ Pretrial/Status Conference |
| [X] Oral Argument/Non Evidentiary Hearing | ☐ Rule 5(c)(3)Removal (Identity) | ☐ Material Witness |

Parties present for hearing on  Motion to extend time to file more pretrial motions. Arguments heard - Court to enter Order.

[ ] Oral Motion for appointment of counsel (GRANTED) . ☐ Defendant is advised of rights/indicates understanding of those rights.

[ ] Bail/Bond set in the amount of: $_____  ☐ Secured Appearance Bond ☐ Secured by 10%

☐ Secured by cash only   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

[ ] Government filed motion for pretrial detention. Detention hearing scheduled for _____ @ _____

[ ] Preliminary examination set for _____ @ _____

[ ] Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement

[ ] Plea entered _____   Order on pretrial motions:  ☐ issued  ☐ to issue

☐ Oral Mtn for Suppression by deft        ☐ Oral Mtn for Time to File Pretrial Mtns by deft
☐ Oral Mtn for Determination of Arguably Suppressible Evidence by Govt

[ ] Defendant waives _____   ☐ order to issue   ☐ oral ruling

[ ] Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions

Trial date/time _____   Before _____

☐ Remanded to custody   [X] Released on bond

Next hearing date/time _____ Type of hearing _____ Before _____

Proceeding commenced  9:58 a.   Proceeding concluded  10:14a   Continued to _____

[ ] Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.