```
                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


UNITED STATES OF AMERICA,         )
                                  )
          Plaintiff,              )
                                  )
     v.                           )    No. 4:07 CR 405 HEA
                                  )                    DDN
ROBERT DOUGLAS HARTMANN,          )
                                  )
          Defendant.              )
```

**ORDER REGARDING SUPPRESSION HEARING AND MOTIONS TO SUPPRESS**
**AND**
**ORDER GRANTING CONTINUANCE OF OTHER PRETRIAL PROCEEDINGS**
**AND**
<u>**FINDINGS UNDER SPEEDY TRIAL ACT**</u>

    This action is before the court upon the unopposed motion of defendant Robert Douglas Hartmann for additional time to file additional pretrial motions and to continue the evidentiary hearing (Doc. 35). The United States does not oppose the motion. Defendant has advised that there remains a substantial amount of documentary material, currently being made available by the United States in the courthouse, to be reviewed by the defense. A review of these materials may require the defense to file additional pretrial motions.

    From the entire record of this action, the court finds that this is a complex case, both factually and legally. Defense counsel will need an additional amount of time, in addition to that provided by the Speedy Trial Act deadlines, to reasonably investigate the case, to prepare for the filing of additional pretrial motions, and to prepare for a trial. At the suggestion of the court, the government has promised to facilitate this review of documents by the defense by informally identifying to the defense those documents that it believes relate to its currently expected case-in-chief, without binding itself to any determination of relevancy or to a description of its prosecution case. The defendant has no objection to this procedure.

    Based upon these facts and the entire record of this action, the ends of justice served by granting the motion for an extension of time to file pretrial motions, for a continuance of any pretrial hearing relating to the completion by the defense of its review of the voluminous documents, and for a continuance of any trial setting

required by the Speedy Trial Act outweigh the best interests of the public and of the defendant in a speedy trial. See 18 U.S.C. § 3161(h).

Whereupon,

**IT IS HEREBY ORDERED** that the motion of defendant for additional time to file pretrial motions and for a continuance of the evidentiary hearing (Doc. 35) is sustained as to the defense review of the voluminous documents in the possession of the government. The defense may have until February 1, 2008, to file additional motions related to its review of the voluminous documents in the possession of the government.

**IT IS FURTHER ORDERED** that the defendant may have until January 7, 2008, to file specific documentary motions to suppress the arguably suppressible evidence identified by the government (Doc. 12) and any other evidence the defendant identifies as arguably suppressible.

**IT IS FURTHER ORDERED** that a hearing on the admissibility or not of any arguably suppressible evidence is set for January 18, 2008, at 10:00 a.m.

                                  /S/   David D. Noce
                                UNITED STATES MAGISTRATE JUDGE

Signed on December 10, 2007.