# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 4:07CR00405-HEA (DDN) |
| ) | |
| **ROBERT DOUGLAS HARTMAN**, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM

COMES NOW Defendant, Robert Douglas Hartman, by his undersigned counsel, and withdraws his motions to suppress heretofore filed. As a result, no hearing, to Defendant's knowledge, is necessary on any motions on January 7, 2008.

Respectfully submitted,

/s/Burton H. Shostak
Burton H. Shostak, MB#17443
Shostak & Shostak, LLC
8015 Forsyth Boulevard
St. Louis, MO 63105
Telephone: (314) 725-3200
Facsimile: (314) 725-3275

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January, 2008, a true and correct copy of the foregoing was electronically filed with Clerk of the Court to be served by operation of the Court's CM/ECF electronic filing system upon the following:

**Howard J. Marcus**
howard.marcus@usdoj.gov julie.hurst@usdoj.gov; gretchen.hemm@usdoj.gov; and usamoe.crimdock@usdoj.gov

/s/Burton H. Shostak