Rev.11/5/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date **1/7/08**    Judge **David D. Noce**    Case No. **4:07 CR 405 HEA**

**UNITED STATES OF AMERICA v.** **Robert Hartmann**

Court Reporter _____    Deputy Clerk **K. Stamm**

Assistant United States Attorney(s) **Howard Marcus**

Attorney(s) for Defendant(s) **Burton Shostak**

Interpreter _____    ☐ **SEALED PROCEEDING**

## Proceedings:

| | | |
|---|---|---|
| ☐ Initial Appearance | ☐ Detention Hearing | ☐ Preliminary Revocation |
| ☐ Arraignment | ☐ Bond Review | ☐ Probation |
| ☐ Preliminary Examination | ☐ Bond Execution/Appearance Bond | ☐ Supervised Release |
| ☒ Motion Hearing | ☐ In Court Hrg **(WAIVER OF MOTIONS)** ☐ Competency |
| ☐ Evidentiary Hearing | ☐ Change of Plea/Sentencing | ☐ Pretrial/Status Conference |
| ☒ Oral Argument/Non Evidentiary Hearing | ☐ Rule 5(c)(3)Removal (Identity) | ☐ Material Witness |

Parties present for hearing on **withdrawal of pretrial motions but dft did not waive his rights to file motions**

☐ Oral Motion for appointment of counsel (GRANTED)  ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____    ☐ Secured Appearance Bond  ☐ Secured by 10%

☐ Secured by cash **only**    ☐ Secured by property    ☐ Unsecured bond    ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for_____ @ _____

☐ Preliminary examination set for_____ @ _____

☐ Defendant arraigned    ☐ Waives reading of indictment/information    ☐ Matter taken under advisement

☐ Plea entered _____    Order on pretrial motions:    ☐ issued    ☐ to issue

**☐ Oral Mtn for Suppression by deft        ☐ Oral Mtn for Time to File Pretrial Mtns by deft**
**☐ Oral Mtn for Determination of Arguably Suppressible Evidence by Govt**

☐ Defendant waives _____    ☐ order to issue    ☐ oral ruling

☐ Defendant waives evidentiary hearing    ☒ By leave of court withdraws all pretrial motions ; **granted**

Trial date/time _____    Before _____

☐ Remanded to custody    ☒ Released on bond

Next hearing date/time _____    Type of hearing _____    Before _____

Proceeding commenced **9:16**    Proceeding concluded **9:21**    Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.