```
                      UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MISSOURI
                            EASTERN DIVISION


UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
      v.                        )     No. 4:07 CR 405 HEA
                                )                     DDN
ROBERT DOUGLAS HARTMANN,        )
                                )
            Defendant.          )
```

### ORDER

Defendant having withdrawn his pending motions to suppress evidence on January 7, 2008,

**IT IS HEREBY ORDERED** that a status conference and a hearing on all then pending motions (other than the government's oral motion for a hearing on the admissibility of any arguably suppressible evidence) remains scheduled for Friday, January 18, 2008, at 10:00 a.m.


                              /S/ David D. Noce
                          **UNITED STATES MAGISTRATE JUDGE**


Signed on January 7, 2008.