Rev. 11/5/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date __1-18-08__ Judge __DDN__ Case No. __4:07Cr405 HEA/DDN__

UNITED STATES OF AMERICA v. __Robert Hartman__

Court Reporter __FTR__ Deputy Clerk __cliddy__

Assistant United States Attorney(s) __Heword Marcus__

Attorney(s) for Defendant(s) __Burt Shostak__

Interpreter _____ ☐ SEALED PROCEEDING

### Proceedings:

☐ Initial Appearance  ☐ Detention Hearing  ☐ Preliminary Revocation
☐ Arraignment  ☐ Bond Review  ☐ Probation
☐ Preliminary Examination  ☐ Bond Execution/Appearance Bond  ☐ Supervised Release
☒ Motion Hearing  ☐ In Court Hrg (WAIVER OF MOTIONS)  ☐ Competency
  ☐ Evidentiary Hearing  ☐ Change of Plea/Sentencing  ☐ Pretrial/Status Conference
  ☒ Oral Argument/Non Evidentiary Hearing  ☐ Rule 5(c)(3)Removal (Identity)  ☐ Material Witness

Parties present for hearing on __Argument heard on scheduling, etc__
__Court to enter order__

☐ Oral Motion for appointment of counsel (GRANTED)  ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $_____  ☐ Secured Appearance Bond  ☐ Secured by 10%

  ☐ Secured by cash only  ☐ Secured by property  ☐ Unsecured bond  ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for_____ @ _____

☐ Preliminary examination set for _____ @ _____

☐ Defendant arraigned  ☐ Waives reading of indictment/information  ☐ Matter taken under advisement

☐ Plea entered _____  Order on pretrial motions:  ☐ issued  ☐ to issue

  ☐ Oral Mtn for Suppression by deft  ☐ Oral Mtn for Time to File Pretrial Mtns by deft
  ☐ Oral Mtn for Determination of Arguably Suppressible Evidence by Govt

☐ Defendant waives _____  ☐ order to issue  ☐ oral ruling

☐ Defendant waives evidentiary hearing  ☐ By leave of court withdraws all pretrial motions

Trial date/time _____  Before _____

  ☐ Remanded to custody  ☒ Released on bond

Next hearing date/time _____  Type of hearing _____  Before _____

Proceeding commenced __10:09a__ Proceeding concluded __10:25a__ Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.