# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.: 4:07CR00405-HEA (DDN) |
| ROBERT DOUGLAS HARTMAN, | ) |
| Defendant. | ) |

## DEFENDANT'S WAIVER OF SPEEDY TRIAL

Counsel has discussed with Defendant his rights under the Speedy Trial Act. Defendant understands that 18 U.S.C. § § 3161-74 are commonly referred to the Speedy Trial Act and that under this Act he has certain rights to prompt disposition of his criminal case. Defendant acknowledges that his attorney has advised him of these rights, but states that his case is complex and will involve review of a great number of documents, questioning of numerous witnesses, and will involve complex questions concerning the admissibility of evidence. He therefore believes that (1) the ends of justice would best be served if he waived his rights under the Speedy Trial Act; (2) this waiver is in his best interests; and (3) this waiver also outweighs the public's interest in a Speedy Trial. He therefore waives all rights and entitlements under the Speedy Trial Act and consents to a continuance of his case to a time beyond the limits and exclusions set forth in the Speedy Trial Act.

*signature*

———————————————————
DEFENDANT ROBERT DOUGLAS HARTMAN

Respectfully submitted

/s/Burton H. Shostak
Burton H. Shostak, MB#17443
SHOSTAK & SHOSTAK, LLC
8015 Forsyth Boulevard
St. Louis, MO 63105
Telephone: (314) 725-3200
Facsimile: (314) 725-3275
E-mail: bshostak@shostaklawfirm.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of MARCH, 2008, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

**Howard J. Marcus**
howard.marcus@usdoj.gov julie.hurst@usdoj.gov; gretchen.hemm@usdoj.gov; and usamoe.crimdock@usdoj.gov

/s/Burton H. Shostak