UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:07CV405 HEA |
| | ) | |
| ROBERT D. HARTMANN, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S ENTRY OF APPEARANCE

COMES NOW Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, James E. Crowe, Jr. an Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

    Respectfully submitted,

    CATHERINE L. HANAWAY
    United States Attorney


    */s/ Ja*mes E. Crowe Jr.
    JAMES E. CROWE, JR., #6674
    Assistant United States Attorney
    111  South 10th Street, Room 20.333
    St. Louis, Missouri  63102
    (314) 539-2200