UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 4:07CR405 HEA |
| | ) | |
| ROBERT D. HARTMANN, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE

COMES NOW, Defendant Robert D. Hartmann, and as grounds herefore shows to the Court as follows:

1. Trial in this matter is set to begin on November 3, 2008 at 9:30 a.m.

2. Undersigned counsel is out-of-town in a trial which began on August 12, 2008 in the Central District of California (*United States of America v. Mills, et al.) (Sahakian)* Case No.: CR-02-938-VAP-09. Trial in that matter continues, but is expected to last approximately one to two more weeks.

3. Counsel needs additional time to prepare for trial in this matter.

4. Accordingly, Defendant requests that trial be continued to this Courts docket of January 26, 2009.

WHEREFORE, Defendant prays this Court continue the Trial in this matter to January 26, 2009.

Respectfully submitted,

/s/Burton H. Shostak
Burton H. Shostak, MB# 17443; Fed #4359
Shostak & Shostak, LLC
8015 Forsyth Boulevard
St. Louis, MO 63105
Telephone: (314) 725-3200
Facsimile: (314) 725-3275
E-mail: bshostak@shostaklawfirm.com

Attorney for Defendant Robert D. Hartmann

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2008, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mr. James E. Crowe, Jr.
Assistant United States Attorney
111 South Tenth Street, Room 20.33
St. Louis, Missouri 63102

/s/Burton H. Shostak