**Courtroom Minute Sheet**
# ARRAIGNMENT/PLEA/CHANGE OF PLEA
## WAIVER OF INDICTMENT/PLEA PROCEEDINGS

Date 4/2/09  Case No. 4:07CR405HEA
UNITED STATES OF AMERICA vs. Robert Douglas Hartmann
Judge Autrey  Court Reporter G. Madden
Deputy Clerk Cel  Interpreter
Assistant United States Attorney(s) Jim Crowe
Attorney(s) for Defendant Burt Shostak, Grant Shostak

*Arraignment/Waiver of Indictment/ Plea :*
Defendant's age 46  Education
☐ Defendant waives assistance of counsel  ☐ Waiver filed
☐ Arraignment continued until_____at_____a.m./p.m.
☐ Defendant signs waiver of indictment and consents to proceed by information
☐ Criminal ☐ superseding ☐ information ☐ indictment filed
☐ Defendant waives reading of indictment/information ☐ Defendant arraigned
☐ Defendant enters a plea of ☐ GUILTY ☐ NOT GUILTY to counts of the
☐ superseding ☐ indictment ☐ information ☐ Pretrial Motions Order ☐ issued ☐ to issue

*Change of Plea:*
☒ The Court finds the defendant competent to enter a plea of guilty.
☒ By leave of Court, the defendant withdraws former plea of not guilty and enters a plea of guilty to count(s) 3 & 8 of the ~~superseding~~ ☐ indictment ~~information~~.
☒ Stipulation of facts relative to sentencing filed ☒ with ~~without~~ plea agreement.
☒ The Court adopts and approves ☒ Stipulation of Facts ☒ Plea Agreement
☐ The Court defers the adoption of ☐ Stipulation of Facts ☐ Plea Agreement until the date of sentencing  ☐ **Stipulation/plea agreement filed under seal**
☐ Ordered that count(s)_____be held in abeyance until sentencing.
☐ Ordered that pending motions as to defendant_____are denied as moot.
☒ Sentencing set 6/23/09 at 11:15 a.m./~~p.m.~~
☐ OBJECTIONS TO OR ACCEPTANCE OF PSR DUE_____
☐ Defendant is remanded to custody  ☒ Defendant is released on existing bond
**(If defendant was on bond and is remanded, change location code to "LC.")**
Probation Officer present

Defendant attorney present at_____a.m./p.m.
Proceedings commenced 1:13 a.m./p.m.  concluded at 1:33 a.m./p.m.