UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CR405 HEA |
| | ) | |
| ROBERT DOUGLAS HARTMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The Defendant made his initial appearance before the undersigned on July 13, 2007, and on July 17, 2007 was released on a $250,000 secured bond. The Defendant's sentencing is set on June 23, 2009. Presently pending is the Defendant's Motion to Change Condition of Bond [Doc. #57]. In his motion, Defendant requests that the hours of his curfew be modified so that he can attend his daughter's athletic events and other family activities. Because the conditions of release require that the Defendant be restricted to his home between the hours of 7 p.m. and 7 a.m., the Defendant is unable to attend some of these events. Therefore, the Defendants requests that his curfew be amended so that the Defendant must be in his home each day from 10 p.m. to 7 a.m. The Government filed a response in opposition to the Defendant's motion.

In ruling this motion, the undersigned will consider the Pretrial Services Office recommendation and policy, as well as the response in opposition from the Government. The Pretrial Services Office indicates that although the curfew time requirement is set as a matter of policy, there can be modifications to the curfew on a case-by-case basis. Further, the Government states in its response that it has been advised by the Pretrial Services Office that the curfew hours are set according to Pretrial Services Office policy. Given the above, the undersigned finds that the policy of the Pretrial Services Office should prevail in this matter, and the Defendant's motion should be

denied insofar as it seeks a blanket curfew modification. In addition and in any event, the Pretrial Services Office is willing to address specific curfew extensions as requested by the Defendant on an as-needed basis.

Accordingly,

**IT IS HEREBY ORDERED** that the Defendant's Motion to Change Condition of Bond [Doc. #57] be **denied**.

**IT IS FURTHER ORDERED** that, if the Defendant requires a modification to his curfew for a specific event or family obligation, he shall make a request to the Pretrial Services Office to so modify the curfew.

/s/ Terry I. Adelman<br>UNITED STATES MAGISTRATE JUDGE

Dated this  27th  day of April, 2009.