**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 4:07CR00405-HEA (DDN) |
| ) | |
| **ROBERT DOUGLAS HARTMAN**, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADDITIONAL TIME IN WHICH TO FILE OBJECTIONS
## TO THE PRESENTENCE REPORT

COMES NOW, Defendant, by and through his counsel, and hereby requests additional time, up to and including June 15, 2009, in which to file objections to the Presentence Report. Defendant and undersigned counsel have not had sufficient time in which to discuss the presentence report and decide what objections, if any, should be made.

/s/Burton H. Shostak
Burton H. Shostak, MB#17443, Fed#4359
Shostak & Shostak, LLC
8015 Forsyth Boulevard
St. Louis, MO 63105
Telephone: (314) 725-3200
Facsimile: (314) 725-3275
E-mail: bshostak@shostaklawfirm.com

Attorney for Defendant Robert Douglas Hartman

# **CERTIFICATE OF SERVICE**

I hereby certify that on 8th day of June, 2009, the foregoing was filed electronically with the Court Clerk to be served by operation of the Court's electronic filing system upon the following:

**James E. Crowe , Jr**
james.crowe@usdoj.gov,usamoe.crimdock@usdoj.gov,susan.dalpini@usdoj.gov

**Howard J. Marcus**
howard.marcus@usdoj.gov,usamoe.crimdock@usdoj.gov,julie.hurst@usdoj.gov,janet.hervatin@usdoj.gov

/s/Burton H. Shostak