UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:07CR405 HEA |
| | ) |
| ROBERT D. HARTMANN, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' RESPONSE TO DEFENDANT'S MOTION

COMES NOW the United States of America, the plaintiff herein, by Michael W. Reap, Acting United States Attorney for the Eastern District of Missouri, and James E. Crowe, Jr., an Assistant United States Attorney for said District, and, responds as follows to the defendant's motion:

The United States has no objection to the defendant's motion and requests that both parties have to and including June 15, 2009 to file objections to the disclosure copy of the Presentence Investigation Report

Respectfully submitted,

MICHAEL W. REAP
Acting United States Attorney


 */s/ Ja*mes E. Crowe Jr.
JAMES E. CROWE, JR., #6674
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

      I hereby certify that on June 8, 2009, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Burton H. Shostak
Grant Shostak
Moline, Shostak & Mehan, LLC
8015 Forsyth Blvd.
St. Louis, MO 63105


        /s/ James E. Crowe, Jr.
      Assistant United States Attorney