UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| **UNITED STATES OF AMERICA**, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 4:07CR00405-HEA (DDN) |
| | ) | |
| **ROBERT DOUGLAS HARTMAN**, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR ADDITIONAL TIME IN WHICH TO FILE OBJECTIONS TO THE PRESENTENCE REPORT

COMES NOW, Defendant, by and through his counsel, and hereby requests additional time, up to and including June 19, 2009, in which to file objections to the Presentence Report. Defendant and undersigned counsel have not had sufficient time in which to discuss the presentence report and decide what objections, if any, should be made. Furthermore, counsel for the Government does not object to the granting of this Motion and requests that they also be allowed up to and including June 19, 2009 in which to file objections to the PSR.

/s/Burton H. Shostak
Burton H. Shostak, MB#17443, Fed#4359
Shostak & Shostak, LLC
8015 Forsyth Boulevard
St. Louis, MO 63105
Telephone: (314) 725-3200
Facsimile: (314) 725-3275
E-mail: bshostak@shostaklawfirm.com

Attorney for Defendant Robert Douglas Hartman

## **CERTIFICATE OF SERVICE**

I hereby certify that on 10th day of June, 2009, the foregoing was filed electronically with the Court Clerk to be served by operation of the Court's electronic filing system upon the following:

**James E. Crowe , Jr**
james.crowe@usdoj.gov,usamoe.crimdock@usdoj.gov,susan.dalpini@usdoj.gov

**Howard J. Marcus**
howard.marcus@usdoj.gov,usamoe.crimdock@usdoj.gov,julie.hurst@usdoj.gov,janet.hervatin@usdoj.gov

/s/Burton H. Shostak