UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:07 CR 405 HEA |
| | ) |
| ROBERT D. HARTMANN, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

    COMES NOW Reginald L. Harris, Assistant United States Attorney for the Eastern District of Missouri, and hereby enters his appearance as co-counsel on behalf of the United States.

    Respectfully submitted,

    MICHAEL W. REAP
    Acting United States Attorney

    */s/ Reginald L. Harris*
    REGINALD L. HARRIS, #48939
    Assistant United States Attorney
    111 South 10th Street, Room 20.333
    St. Louis, Missouri 63102
    (314) 539-2200

## CERTIFICATE OF SERVICE

    I hereby certify that on June 12, 2009, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Burton H. Shostak
Grant Shostak
Moline, Shostak & Mehan, LLC
8015 Forsyth Blvd.
St. Louis, Missouri 63105

    */s/ Reginald L. Harris*
    REGINALD L. HARRIS, #48939
    Assistant United States Attorney