# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 4:07CR00405-HEA (DDN) |
| ) | |
| **ROBERT DOUGLAS HARTMAN**, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW Defendant, and as grounds herefore shows to the Court as follows:

1. This case is presently set for Sentencing on June 30, 2009, at 11:00 a.m.

2. Counsel has received numerous documents from the Government relative to sentencing and documents which the Government believes are relative to sentencing. Defendant's counsel is presently engaged in reviewing all of those documents. It will take additional time within which to review all of the documents and be able to respond accordingly.

3. Defendant's counsel has spoken with AUSA James E. Crowe, Jr. who has no objection to this sentencing being continued.

WHEREFORE, Defendant prays that the sentencing be continued at least thirty (30) days.

/s/Burton H. Shostak
Burton H. Shostak, MB#17443, Fed#4359
Grant J. Shostak, MB#45838, Fed#89234
Shostak & Shostak, LLC
8015 Forsyth Boulevard
St. Louis, MO 63105
Telephone: (314) 725-3200
Facsimile: (314) 725-3275
E-mail: bshostak@shostaklawfirm.com
Attorney for Defendant Robert Douglas Hartman

## **CERTIFICATE OF SERVICE**

I hereby certify that on 22nd day of June, 2009, the foregoing was filed electronically with the Court Clerk to be served by operation of the Court's electronic filing system upon the following:

**James E. Crowe , Jr**
james.crowe@usdoj.gov,usamoe.crimdock@usdoj.gov,susan.dalpini@usdoj.gov

**Reginald L. Harris**
reginald.harris@usdoj.gov,usamoe.crimdock@usdoj.gov,stephanie.hemm@usdoj.gov,julie.hurst@usdoj.gov

**Howard J. Marcus**
howard.marcus@usdoj.gov,usamoe.crimdock@usdoj.gov,julie.hurst@usdoj.gov,janet.hervatin@usdoj.gov

                                              /s/Burton H. Shostak