UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CR405 HEA |
| | ) | |
| ROBERT DOUGLAS HARTMANN, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing previously set in this matter for Tuesday, June 30, 2009, is reset to Thursday, August 6, 2009, at 11:00 a.m. in the courtroom of the undersigned..

Dated this 24th day of June, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE