UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

*Courtroom Minute Sheet:* SENTENCING PROCEEDINGS
*before* United States District Judge Hon. Henry E. Autrey

CASE NUMBER: 4:07 cr 405 HEA   DATE: 8/6/09
Court Reporter: L. Shrum   Courtroom Deputy: TRC

| Plaintiff(s) USA | Defendant(s) Robert Douglas Hartmann |
|---|---|
| Plaintiff Attorney(s) | Defendant Attorney(s) ( ) cja ( )pda (X) ret |
| James Crowe and Reginald Harris | Burton Shostak |

Interpreter: _____ (*IUR form forwarded to Finance Unit*)

Probation Officer present in courtroom: J. Hendrickson

[X] Defendant/Parties present for imposition of sentence.
[X] Plea Agreement adopted and accepted by the Court.
[ ] No objections to Presentence Report filed by either party.
[X] Objections to PSR filed by [X] Defendant [ ] Government: Defendant withdraws objections.
   [ ] After hearing arguments, the Court [ ] overruled [ ] granted objections _____

   Other: _____

[ ] PSR to be amended
[X] PSR adopted and accepted by the Court and to be filed *Under Seal*.
[ ] Downward departure motion filed by [ ] Government [ ] Defendant
   The Court [ ] Granted [ ] Denied the motion for downward departure
[X] Sentence imposed - See Judgment
[X] Count(s) 1,2, 4-7, & 9 dismissed upon the motion of the AUSA.
[ ] Defendant Remanded to custody of USM
[X] Defendant granted a **Voluntary Surrender** to the institution for incarceration as notified by USM
   [ ] Surrender date: _____

[ ] Defendant released on **Probation** pending processing by USM

[X] Certification of Compliance with Local Rule 12.07(A) given to Defendant's attorney

Courtroom time: 11:12 am To 12:05 pm