UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 4:07-CR-405 |
| ROBERT DOUGLAS HARTMAN, ) | |
| Defendant. ) | |

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 12.07(A)**

Comes now counsel for the above named Defendant and, pursuant to Local Rule 12.07, advises the Court that following judgment of conviction in the above named cause: [check one]

☐ A Notice of Appeal will be filed on behalf of the above named Defendant within the time required by law.

☒ The Defendant provides this as written Notice certifying that he/she has been fully informed of the right to appeal the final judgment in this case and declines to file a Notice of Appeal, and has instructed counsel not do so.

_____
Signature of Defendant

☐ Counsel for Defendant provides this as written Notice certifying that counsel has explained to the Defendant his/her right to appeal, and that the Defendant has not requested counsel to file a Notice of Appeal, and that the Defendant declines to sign a Notice under Local Rule 12.7 (A)(2).

_____
Signature of Counsel

Dated this 6th day of August, 2009