UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CR405 HEA |
| ) | |
| ROBERT D. HARTMANN, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter is before the Court on the United States' Motion to Amend Judgment, [Doc. No. 82]. Defendant has consented to the motion. The Court agrees with the parties that the amendment requested is a technical matter, which may be corrected through this Order. The Motion is granted.

Accordingly,

**IT IS HEREBY ORDERED** that Amended Judgment entered in this matter on November 3, 2009 is corrected to reflect the priority payment of restitution pursuant to 18 U.S.C. § 3664(I), to Norma Allen, due to the sympathetic circumstances attendant to the different "type" of loss she suffered as a result of the criminal conduct involved herein.

**IT IS FURTHER ORDERED** that the first $72,472 in restitution paid or collected shall be paid out to Norma Allen, to the address provided in the list

incorporated in the Amended Judgment of November 3, 2009.

Dated this 10th day of November, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE