# United States District Court
*Eastern District of Missouri*
*111 South 10th Street*
*St. Louis, Missouri 63102*

*James G. Woodward*  *Phone: 314-244-7900*
*Clerk of Court*

December 7, 2009

Donna M. Hartman
99 Deer Meadow Court
St. Charles, MO 63304

RE: United States of America vs Robert Douglas Hartman
Case: 4:07-CR-0405-HEA

Enclosed please find check #1672 in the amount of $25,000.00. This is a release of monies held in the Registry of the U.S. District Court-Eastern District of Missouri regarding the case identified above.

This check is issued pursuant to the December 3, 2009, order of United States District Judge, Henry E. Autrey.

Sincerely,

James G. Woodward
Clerk of Court

/s/Cynthia Kornberger
Financial Specialist

Enclosure