PROB 49 (04/14)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extended Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

      I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant is prohibited from engaging in any form of gambling.**

Witness: _____  Signed: _____
LeTisha A. Murray-Selvey                  Robert Douglas Hartmann
U.S. Probation Officer                    Probationer or Supervised Releasee

March 27, 2015
Date